# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

                V.

AMERICREDIT FINANCIAL,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09-CV-02768-IEG (WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Plaintiff's Motion to Proceed in Forma Pauperis; denying as moot Plaintiff's Request for Appointment of Counsel and dismisses the complaint with prejudice.................................................................................................................................................................

| December 17, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON December 17, 2009 |

09cv2768-IEG(WMc)